Boro Park Sanitary Live Poultry Market, Inc., Appellant, Impleaded with Others, *v.* Max Heller, as President of International Brotherhood of Teamsters, Chauffeurs, Stablemen and Helpers of America, Local Union No. 167, Respondents.

Submitted April 17, 1939; decided April 18, 1939.

*Leon Herzfeld* for motion to dismiss appeal and in opposition to motion for a stay.

*Stanley M. Dorman* in opposition to motion to dismiss appeal and for motion for a stay.

Motion to dismiss appeal granted and appeal dismissed, without costs. Motion for a stay denied. The motion to dismiss must be granted because no judgment has been entered and the appeal is from the order of the Appellate Division. An appeal from the judgment may be taken by a party aggrieved upon the entry of the judgment by either party, and the motion for a stay may be renewed upon such appeal. (See Civ. Prac. Act, § 592.) (See 280 N. Y. 481.)